

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2020
```

January 2, 2020

**VIA ECF**
Honorable Judge Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re:   Diaz v. Otto Group, LLC; Case No: 1:19-cv-06972-LGS

Dear Judge Schofield,

This firm represents Plaintiff Edwin Diaz (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's December 3, 2019 Order, the parties were granted 30 days in which to restore the case to the court's calendar. It is now January 2, 2020, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

Application GRANTED. The deadline to reopen this case is extended nunc pro tunc until February 3, 2020. No further extensions absent compelling circumstances. The Clerk of Court is respectfully directed to close Dkt. No. 24.

Dated: January 3, 2020
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Jill M. Wheaton
Jill M. Wheaton, Esq.

Cc: All counsel of record (Via ECF)